No. 99–1224. LEFKOWITZ v. UNITED STATES, 528 U. S. 1190. Motion of petitioner for leave to proceed further herein *in forma*

1126

*pauperis* granted. Motion for leave to file petition for rehearing denied.